# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **(1) CHISHOLM HOLDINGS, LLC,** | § § § | |
| *Plaintiff,* | § § § | **Cause No.: 5:26-CV-01223-D** |
| **v.** | § § | |
| **(1) MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY,** | § § § § | |
| *Defendant.* | § § | |

## NOTICE OF APPEARANCE OF ATTORNEY PRESTON J. DUGAS III

Preston J. Dugas III of Dugas & Circelli, PLLC gives notice of his appearance as counsel for Plaintiff in this matter. Mr. Dugas' contact information is as follows:

> Preston J. Dugas III
> pdugas@dclaw.com
> State Bar No. 24050189
>
> **DUGAS & CIRCELLI, PLLC**
> 4800 Bryant Irvin Court
> Fort Worth, Texas 76107
> Telephone: (817) 817-7000
> Facsimile:  (682) 219-0761

The filing of this Notice constitutes the first appearance in this case of the attorney listed above. Further, he respectfully requests to be added to the service list for all future communications, correspondence, pleadings, etc.

Respectfully submitted,

**/s/ Preston J. Dugas III**
Preston J. Dugas III
pdugas@dclaw.com
State Bar No. 24050189

**DUGAS & CIRCELLI, PLLC**
4800 Bryant Irvin Court
Fort Worth, Texas 76107
Telephone: (817) 817-7000
Facsimile:  (682) 219-0761

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing has been served on the following counsel of record in accordance with the Federal Rules of Civil Procedure on June 3, 2026.

Shannon M. O'Malley
OBA No. 33451
somalley@zellelaw.com

Nicholas J. Smetzer (*pro hac vice to be filed*)
Texas Bar No. 24130071
nsmetzer@zellelaw.com

**ZELLE LLP**
901 Main Street, Suite 4000
Dallas, TX 75202
Telephone: 214-742-3000
Facsimile: 214-760-8994

**ATTORNEYS FOR DEFENDANT**

**/s/ Preston J. Dugas III**
Preston J. Dugas III