# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

|  |  |  |
|---|---|---|
| **(1) CHISHOLM HOLDINGS, LLC,**<br><br>    *Plaintiff,*<br><br>v.<br><br>**(1) MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY,**<br><br>    *Defendant.* | § § § § § § § § § § § § § | **Cause No.: 5:26-CV-01223-D** |

## PLAINTIFF'S MOTION FOR PRO HAC VICE APPEARANCE OF LESLEY E. LITTLE

**NOW COMES,** Preston J. Dugas III and files this Motion for Pro Hac Vice Appearance of Lesley E. Little ("Mr. Little"). Pursuant to LCvR83.4, the undersigned respectfully requests this Honorable Court issue an Order permitting Lesley E. Little to appear and participate as co-counsel in this case.

I, Preston J. Dugas III, am counsel of record for Plaintiff, Chisholm Holdings, LLC, and am a member of the bar of this Court. I submit the attached Request for Admission *pro hac vice* of Lesley E. Little, so that he may appear as co-counsel *pro hac vice* for Plaintiff.

Lesley E. Little is a member in good standing of the bar of the State of Texas. He is also admitted to practice before the Federal Court in the Northern, Eastern, Western, and Southern Districts of Texas. Mr. Little is a licensed attorney with the law firm DUGAS &

CIRCELLI, PLLC, 4800 Bryant Irvin Ct., Fort Worth, Texas, 76107; Telephone: (817) 817-7000; Facsimile: (682) 219-0761.

## **PRAYER**

WHEREFORE, PREMISES CONSIDERED, undersigned counsel, Preston J. Dugas III prays that the Court enter an order to permit Lesley E. Little to appear and participate as co-counsel for Plaintiff in this case.

Respectfully submitted,

*/s/Preston J. Dugas III*
Preston J. Dugas III
pdugas@dclaw.com
State Bar No. 24050189

**DUGAS & CIRCELLI, PLLC**
4800 Bryant Irvin Ct.
Fort Worth, Texas 76107
Telephone:    (817) 817-7000
Facsimile:    (682) 219-0761

**ATTORNEYS FOR PLAINTIFF**

**PLAINTIFF'S MOTION FOR PRO HAC VICE APPEARANCE OF LESLEY E. LITTLE**

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document was served on the below-named attorneys on June 3, 2026 in accordance the with Federal Rules of Civil Procedure.

*via electronic service*
Shannon M. O'Malley
OBA No. 33451
somalley@zellelaw.com
Nicholas J. Smetzer (*pro hac vice to be filed*)
Texas Bar No. 24130071
nsmetzer@zellelaw.com

**ZELLE LLP**
901 Main Street, Suite 4000
Dallas, Texas 75202-3975
Telephone:    (214) 742-3000
Facsimile:    (214) 760-8994

**ATTORNEYS FOR DEFENDANT**

*/s/Preston J. Dugas III*
Preston J. Dugas III