**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **(1) CHISHOLM HOLDINGS, LLC,** | § § § § | |
| *Plaintiff,* | § § | **Cause No.: 5:26-cv-01223-D** |
| **v.** | § § | |
| **(1) MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY,** | § § § § | |
| *Defendant.* | § § | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR PRO HAC VICE
APPEARANCE OF LESLEY E. LITTLE**

On this day, the Court considered Plaintiff's Motion for Pro Hac Vice Appearance of Lesley E. Little.  After considering the Motion and the applicable law, the Court Finds that the Motion should be **GRANTED.**

IT IS ORDERED that Lesley E. Little is hereby admitted to the bar of this Court pro hac vice on behalf of Plaintiff, Chisholm Holdings, LLC in the above-described action.

SIGNED this _____ day of _____, 2026.

_____
UNITED STATES DISTRICT JUDGE